UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:12-CR-00001-TBR

CHRISTOPHER M. HALL                                                                  Movant/Defendant,

v.

UNITED STATES OF AMERICA                                                     Respondent/Plaintiff.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Movant/Defendant Christopher M. Hall's *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Docket Nos. 38, 42.) The United States responded to Hall's motion, (Docket No. 44). The Court referred this matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) for his findings of fact, conclusions of law, and recommendation, (Docket No. 43), which the Magistrate Judge issued on April 16, 2015, (Docket No. 49). Included with the Magistrate Judge's recommendation was written notice that any objections must be filed within fourteen days and that the failure to timely file objections would constitute waiver of the right to further appeal. (*See* Docket No. 49 at 9.) Neither party has filed objections, and the time to do so has elapsed.

Therefore, IT IS HEREBY ORDERED that the Court adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge. (Docket No. 49.) IT IS FURTHER ORDERED that Hall's motion to vacate pursuant to 28 U.S.C. § 2255, (Docket No. 38), is hereby DENIED. IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED as to each claim asserted in the motion to vacate.